# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

o

**CIVIL MINUTES - GENERAL**

| Case No. | CV 04-6356-CAS(JTLx) | Date | May 24, 2011 |
|---|---|---|---|
| Title | *ERICK F. MARTINEZ v. JO ANNE B. BARNHART* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) - APPLICATION FOR RELIEF FROM DISMISSAL UNDER RULE 60(B) (Filed 05/23/11)

On May 23, 2011, plaintiff filed an Application for Relief From Dismissal Under Rule 60(B). For the reasons set forth in this Court's order dated December 15, 2009, the Application for Relief from Dismissal Under Rule 60(b) is DENIED.

IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |